Lowell W. Finson, AZ Bar ID 010872
(Appearance Pro Hac Vice)
PHILLIPS & ASSOCIATES
Qwest Building, 26th Floor
20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012
Tel:   (602) 258-8900
Fax:   (602) 288-1671
lowellf@phillipslaw.ws

Attorneys for Plaintiff
Warren K. Graham

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB |
| | STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |

*This document relates to:*

*Gerald Bachler, et al. v. Pfizer, Inc., et al.*

No. 3:06-cv-03840-CRB

Come now the Plaintiff WARREN K. GRAHAM, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: ___ , 2009        PHILLIPS & ASSOCIATES
                         By: _____
                             Lowell W. Finson, Esq.
                             Qwest Building, 26th Floor
                             20 East Thomas, Road, Suite 2600
                             Phoenix, Arizona 85012

                         Attorney for Plaintiff

-1-

1  DATED: 7-23. ~~2009~~ 2010          GORDON & REES

2                                      By: _____
3                                      Stuart M. Gordon, Esq.
                                       275 Battery Street, Suite 2000
4                                      San Francisco, CA 94111
                                       E-mail: sgordon@gordonress.com
5                                      CA bar No.: 37477

6
                                       Attorney for Defendants
7

8      PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,

9
       IT IS SO ORDERED.
10
       Dated: FEB 2 6 2010
11

12
                                       Hon. Charles R. Breyer
13                                     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -