1  Lowell W. Finson, AZ Bar ID 010872
   (Appearance Pro Hac Vice)
2  PHILLIPS & ASSOCIATES
   Qwest Building, 26th Floor
3  20 East Thomas, Road, Suite 2600
   Phoenix, Arizona 85012
4  Tel:  (602) 258-8900
   Fax:  (602) 288-1671
5  lowellf@phillipslaw.ws

6  Attorneys for Plaintiff
   Warren K. Graham
7

8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11
   | IN RE: BEXTRA AND CELEBREX | No. MDL 05-01699 CRB |
12 | MARKETING, SALES PRACTICES | |
   | AND PRODUCT LIABILITY | |
13 | LITIGATION | STIPULATION AND PROPOSED ORDER |
   | | OF DISMISSAL WITH PREJUDICE |
14 | _____/ | |

15  *This document relates to:*

16  *Gerald Bachler, et al. v. Pfizer, Inc., et al.*

17  **No. 3:06-cv-03840-CRB**

18

19      Come now the Plaintiff WARREN K. GRAHAM, and Defendants, by and through the

20  undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby

21  stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

22  fees and costs.
23

24  DATED:            2009            PHILLIPS & ASSOCIATES
                                  By: _____
25                                     Lowell W. Finson, Esq.
                                       Qwest Building, 26th Floor
26                                     20 East Thomas, Road, Suite 2600
                                       Phoenix, Arizona 85012
27

28                                Attorney for Plaintiff

                                         -1-

1  DATED: 2-23, 2010                 GORDON & REES

2                                    By: _____

3                                    Stuart M. Gordon, Esq.
                                     275 Battery Street, Suite 2000
4                                    San Francisco, CA 94111
                                     E-mail: sgordon@gordonress.com
5                                    CA bar No.: 37477

6                                    Attorney for Defendants

7

8  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

9  **IT IS SO ORDERED.**

10  Dated: FEB 2 6 2010

11

12
                                     _____
13                                   Hon. Charles R. Breyer
                                     United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -