Lowell W. Finson, AZ Bar ID 010872
(Appearance Pro Hac Vice)
PHILLIPS & ASSOCIATES
Qwest Building, 26th Floor
20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012
Tel: (602) 258-8900
Fax: (602) 288-1671
lowellf@phillipslaw.ws

Attorneys for Plaintiff
Marcia J. Matney

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |
| *This document relates to:*<br><br>*Gerald Bachler, et al. v. Pfizer, Inc., et al.*<br><br>No. 3:06-cv-03840-CRB | |

Come now the Plaintiff MARCIA J. MATNEY, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: \_\_\_\_\_, 2009

PHILLIPS & ASSOCIATES
By: _____
Lowell W. Finson, Esq.
Qwest Building, 26th Floor
20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012

Attorney for Plaintiff

-1-

| | |
|---|---|
| DATED: 2·12·2010 | GORDON & REES |
| | By: _____ |
| | Stuart M. Gordon, Esq. |
| | 275 Battery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| | E-mail: sgordon@gordonress.com |
| | CA bar No.: 37477 |
| | |
| | Attorney for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

**IT IS SO ORDERED.**

Dated: **FEB 2 6 2010**

_____
Hon. Charles R. Breyer
United States District Judge

- 2 -