```
 1  Lowell W. Finson, AZ Bar ID 010872
    (Appearance Pro Hac Vice)
 2  PHILLIPS & ASSOCIATES
    Qwest Building, 26th Floor
 3  20 East Thomas, Road, Suite 2600
    Phoenix, Arizona 85012
 4  Tel:  (602) 258-8900
    Fax:  (602) 288-1671
 5  lowellf@phillipslaw.ws

 6  Attorneys for Plaintiff
    Arthur Nelson
 7
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |
| *This document relates to:*<br><br>*Gerald Bachler, et al. v. Pfizer, Inc., et al.*<br><br>No. 3:06-cv-03840-CRB | |

Come now the Plaintiff ARTHUR NELSON, individually and as representative of the estate of MARY NELSON, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: _____, 2009           PHILLIPS & ASSOCIATES
                               By: _____
                                   Lowell W. Finson, Esq.
                                   Qwest Building, 26th Floor
                                   20 East Thomas, Road, Suite 2600
                                   Phoenix, Arizona 85012

                               Attorney for Plaintiff

-1-

1  DATED: 1/23/2010                 GORDON & REES

2                                   By: /s/ Stuart M. Gordon
3                                   Stuart M. Gordon, Esq.
                                    275 Battery Street, Suite 2000
4                                   San Francisco, CA 94111
                                    E-mail: sgordon@gordonress.com
5                                   CA bar No.: 37477

6                                   Attorney for Defendants

7

8     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

9     **IT IS SO ORDERED.**

10
      Dated: FEB 2 6 2010
11
                                        /s/ Charles R. Breyer
12
                                    Hon. Charles R. Breyer
13                                  United States District Judge