Lowell W. Finson, AZ Bar ID 010872
(Appearance Pro Hac Vice)
PHILLIPS & ASSOCIATES
Qwest Building, 26th Floor
20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012
Tel:  (602) 258-8900
Fax:  (602) 288-1671
lowellf@phillipslaw.ws

Attorneys for Plaintiff
Brigitte Nix

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |
| *This document relates to:*<br><br>*Gerald Bachler, et al. v. Pfizer, Inc., et al.*<br><br>No. 3:06-cv-03840-CRB | |

Come now the Plaintiff BRIGITTE NIX, individually and as representative for the estate of RAY M. NIX, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: \_\_\_\_\_, 2009       PHILLIPS & ASSOCIATES
                            By: _____
                            Lowell W. Finson, Esq.
                            Qwest Building, 26th Floor
                            20 East Thomas, Road, Suite 2600
                            Phoenix, Arizona 85012

                            Attorney for Plaintiff

-1-

DATED 2/23 2010                          GORDON & REES

                                         By: /s/ Stuart M. Gordon
                                         Stuart M. Gordon, Esq.
                                         275 Battery Street, Suite 2000
                                         San Francisco, CA 94111
                                         E-mail: sgordon@gordonrees.com
                                         CA bar No.: 37477

                                         Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

**IT IS SO ORDERED.**

Dated: FEB 2 6 2010

_____
Hon. Charles R. Breyer
United States District Judge