Lowell W. Finson, AZ Bar ID 010872
*(Appearance Pro Hac Vice)*
PHILLIPS & ASSOCIATES
Qwest Building, 26th Floor
20 East Thomas, Road, Suite 2600
Phoenix, Arizona 85012
Tel:   (602) 258-8900
Fax:   (602) 288-1671
lowellf@phillipslaw.ws

Attorneys for Plaintiff
Brigitte Nix

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |
| *This document relates to:*<br><br>*Gerald Bachler, et al. v. Pfizer, Inc., et al.*<br><br>No. 3:06-cv-03840-CRB | |

Come now the Plaintiff BRIGITTE NIX, individually and as representative for the estate of RAY M. NIX, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: \_\_\_\_, 2009          PHILLIPS & ASSOCIATES
                              By: _____
                                 Lowell W. Finson, Esq.
                                 Qwest Building, 26th Floor
                                 20 East Thomas, Road, Suite 2600
                                 Phoenix, Arizona 85012

                              Attorney for Plaintiff

-1-

| | |
|---|---|
| 1 | DATED: V 23 2010     GORDON & REES |
| 2 | By: _____ |
| 3 | Stuart M. Gordon, Esq. |
| 4 | 275 Battery Street, Suite 2000<br>San Francisco, CA 94111 |
| 5 | E-mail: sgordon@gordonrees.com<br>CA bar No.: 37477 |
| 6 | |
| 7 | Attorney for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 2 6 2010

_____
Hon. Charles R. Breyer
United States District Judge

- 2 -